IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MILTON BROWN
a/k/a SULTAN IMMANUEL–El–BEY,

    Plaintiff,

v.                                                                                               Civil Action No. **3:18CV346**

**UNITED STATES DEPARTMENT OF JUSTICE**, *et al.*,

    Defendants.

## MEMORANDUM OPINION

On June 1, 2018, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on June 13, 2018, the Court directed Plaintiff to pay an initial partial filing fee of $0.50 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall issue.

Date: 7/11/18
Richmond, Virginia

/s/ 
John A. Gibney, Jr.
United States District Judge